AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

| | |
|---|---|
| Charlotte Cobb, | ) ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) ) Civil Action No.  24-8793 |
| Unisource Data Services Inc. d/b/a "The Hive", Stefano Larese DeSanto, individually, and Julia Larese DeSanto, individually, | ) ) ) ) |
| _Defendant(s)_ | ) ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Julia Larese DeSanto
531 West 36th Street, N.Y., N.Y. 10018

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Christian E. Hudson
CUNEO GILBERT & LADUCA, LLP
300 Cadman Plaza West
12th Floor, Ste. 12060
Brooklyn, N.Y. 11201
Tel: (917) 575-0134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  11/20/2024

/s/ J. Gonzalez

_Signature of Clerk or Deputy Clerk_