**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x

CHARLOTTE COBB,

                        Plaintiff,

         -against-

UNISOURCE DATA SERVICES, INC.,
*doing business as THE HIVE*, STEFANO
LARESE DESANTO, and JULIA LARESE
DESANTO,

                       Defendants.

------------------------------------------------------- x

1:24-cv-08793 (ALC)

<u>ORDER</u>

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of the request from Defendants for a pre-motion conference in relation to its anticipated motion to dismiss. ECF No. 19. Plaintiff indicated, in her response to Defendants' letter motion, that she may intend to file an amended complaint. ECF No. 20. If Plaintiff would prefer to file an amended complaint, rather than brief the Defendants' anticipated motion, she must write to the Court stating such on or before **April 21, 2025**. Defendants shall respond by **April 25, 2025**.

**SO ORDERED.**

Dated:    **April 17, 2025**
             **New York, New York**

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**