UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
**CHARLOTTE COBB,**

                                    **Plaintiff,**

           -against-                            1:24-cv-08793 (ALC)

**UNISOURCE DATA SERVICES, INC.,**
*doing business as THE HIVE*, **STEFANO**          **ORDER**
**LARESE DESANTO, and JULIA LARESE**
**DESANTO,**

                                **Defendants.**
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

        On April 21, 2025, Plaintiff indicated her intent to amend the complaint in light of Defendants' letter motion regarding a motion to dismiss. ECF No. 22. Pursuant to Federal Rule of Civil Procedure 15(a)(2), the Court **GRANTS** Plaintiff leave to amend the complaint. Plaintiff shall file the amended complaint on or before **May 20, 2025.**

        Plaintiff also noted an intent to serve discovery requests on Defendants. *See* ECF No. 22. Plaintiff's position is that discovery is unnecessary for her complaint to survive a motion to dismiss. *See id.* at 2 n.1. Accordingly, the Court is not inclined to order any such limited discovery.

**SO ORDERED.**

**Dated:  April 29, 2025**
        New York, New York

                                                       **ANDREW L. CARTER, JR.**
                                                       **United States District Judge**