Case 1:24-cv-08793-ALC   Document 31   Filed 06/05/25   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 06/05/2025

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLOTTE COBB,<br><br>                Plaintiff,<br>v.<br>UNISOURCE DATA SERVICES INC. d/b/a "THE HIVE", STEFANO LARESE DESANTO, individually, and JULIA LARESE DESANTO, individually,<br><br>                Defendants. | Case No. 1:24-cv-08793-ALC |

## [PROPOSED] ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff Charlotte Cobb's Motion to Voluntarily Dismiss Without Prejudice her First Amended Complaint was entered on June 5, 2025. Upon consideration of the motion, which Defendants did not oppose, the Court hereby **GRANTS** Plaintiff's motion. All claims against Defendants are hereby **DISMISSED** without prejudice pursuant to FRCP 41(a)(2).

**SO ORDERED**

Dated: June 5, 2025
New York, New York

                                                    ANDREW L. CARTER, JR.
                                                    United States District Judge