UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- x

CHARLOTTE COBB,

                              Plaintiff,

           -against-                         1:24-cv-08793 (ALC)

UNISOURCE DATA SERVICES, INC.,                **ORDER TERMINATING CASE**
*doing business as THE HIVE*, STEFANO
LARESE DESANTO, and JULIA LARESE
DESANTO,

                             Defendants.

----------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      On June 5, 2025, the Court granted Plaintiff's motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2). ECF No. 31. Accordingly the Clerk of Court is directed to close this case.

**SO ORDERED.**

Dated: June 6, 2025
      New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**